# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. FOLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSLAN LOZOVOY, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01119-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>[ECF No. 20] |

Plaintiff Mark D. Foley is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time to file a responsive pleading, filed August 25, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted to and including September 28, 2017, to file a responsive pleading.

IT IS SO ORDERED.

Dated: __**August 25, 2017**__

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1