UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. FOLEY,<br><br>    Plaintiff,<br><br>v.<br><br>RUSLAN LOZOVOY, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01119-AWI-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **INMATE MARK D. FOLEY**, CDCR #J-84268<br><br>DATE: March 23, 2018<br>TIME: 9:00 a.m.<br>LOCATION: California State Prison, Corcoran |

  **Inmate Mark D. Foley**, **CDCR #J-84268**, a necessary and material witness on his own behalf in proceedings in a settlement conference on March 23, 2018, is confined at the Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on March 23, 2018, at 9:00 a.m.

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

  **To: Warden at Kern Valley State Prison**

  **WE COMMAND** you to produce the inmate named above, <u>along with his legal property</u>, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 23, 2018**

                  UNITED STATES MAGISTRATE JUDGE

