FILED
MAR 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. FOLEY,<br><br>    Plaintiff,<br><br>v.<br><br>RUSLAN LOZOVOY, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01119-AWI-SAB (PC)<br><br>ORDER THAT INMATE MARK D. FOLEY IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Mark D. Foley is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on March 23, 2018. Inmate Mark D. Foley, CDCR #J-84268, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: __March 23, 2018__

_____
UNITED STATES MAGISTRATE JUDGE